**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1515

BEVERLY GALE BOONE,

Plaintiff - Appellant,

versus

UNITED STATES ATTORNEY; DEPARTMENT OF JUSTICE;
DRUG ENFORCEMENT ADMINISTRATION AGENCY; UNITED
STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Chief District Judge.  (7:06-cv-00006-jpj)

Submitted:  January 31, 2007      Decided:  February 12, 2007

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Beverly Gale Boone, Appellant Pro Se.  Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly Gale Boone appeals the district court's order dismissing her complaint seeking attorney's fees and expenses pursuant to the Hyde Amendment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boone v. United States Att'y, No. 7:06-cv-00006-jpj (W.D. Va. Apr. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED